## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Tammy Jo Burgoon, | Case No. 20-cv-1926 (DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Andrew Saul, Commissioner of Social Security | |
| Defendant. | |

This matter is before the Court on Defendant Andrew Saul's request for an extension of time to answer and file the certified administrative record (Docket No. 10). The Court finds that Defendant has shown good cause, and therefore,

IT IS HEREBY ORDERED:

1. Defendant Andrew Saul's request for an extension (Docket No. 10) is **GRANTED**;

2. Defendant shall have until January 19, 2021 to file his answer and the certified administrative record. Should Defendant be able to provide the certified administrative record sooner, Defendant shall immediately answer and file the certified administrative record to avoid further delay.

Dated: November 18, 2020

                                                                s/ David T. Schultz
                                                                DAVID T. SCHULTZ
                                                                United States Magistrate Judge